# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHELLE LAXTON,                )<br>                                                )<br>                                                )<br>        Plaintiff,                     )<br>                                                )<br>        vs.                               )<br>TEVA PHARMACEUTICALS USA, Inc.,  )<br>Individually and d/b/a Gate Pharmaceuticals, )<br>                                                )<br>                                                )<br>        Defendant.                 ) | Case No. 4:16-cv-1115 UNA |

## ORDER

The above styled and numbered case was filed on July 8, 2016 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:16-cv-00193.

**IT IS FURTHER ORDERED** that cause number 4:16-cv-1115 UNA be administratively closed.

                                                                    GREGORY J. LINHARES
                                                                    CLERK OF COURT


Dated: July 8, 2016                           By: /s/ Michele  Crayton
                                                                    Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:16cv00193 ACL.**